PARRIS v. DISPOSAL, INC.

No. 122 PC.

Case below: 40 N.C. App. 282.

Petition by defendant for discretionary review under G.S. 7A-31 denied 5 June 1979. Motion of plaintiff to dismiss appeal for lack of substantial constitutional question allowed 5 June 1979.

PORTER v. DEPT. OF INSURANCE

No. 121 PC.

Case below: 40 N.C. App. 376.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 5 June 1979.

RENT-A-CAR CO. v. LYNCH, SEC. OF REVENUE

No. 97 PC.

No. 55 (Fall Term)

Case below: 39 N.C. App. 709.

Petition by defendant for discretionary review under G.S. 7A-31 allowed 5 June 1979.

SAWYER v. COX

No. 116 PC.

Case below: 40 N.C. App. 629.

Petition by defendant for discretionary review under G.S. 7A-31 denied 5 June 1979.

STATE v. EMORY

No. 124 PC.

Case below: 40 N.C. App. 381.

Petition by defendant for discretionary review under G.S. 7A-31 denied 5 June 1979.